*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 9, 2020

**BY CM/ECF**
The Hon. J. Paul Oetken
United States District Court for the
  Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Segovia-Landa et al.*, 20 Cr. 287 (JPO)

Dear Judge Oetken:

      The Government writes to respectfully request an adjournment of the conference scheduled for July 10, 2020, and to request an order excluding time under the Speedy Trial Act from July 10, 2020, until the date of the new conference.

      On February 11, 2020, the defendants were arrested following a series of narcotics transactions. On February 12, 2020, the defendants were charged in a Complaint with one count of conspiracy to distribute heroin, fentanyl, and methamphetamine, in violation of 21 U.S.C. §§ 841(b)(1)(A) and 846. Following presentments held on the same day, defendants Marco Segovia-Landa, Ledif Perez-Perez, and Jose Rivera were ordered detained. Defendant Lisandy Joaquin Ortiz was released subject to bail conditions. On June 3, 2020, the grand jury returned Indictment 20 Cr. 287 charging each defendant with one count of conspiracy to distribute heroin, fentanyl, methamphetamine, and cocaine, in violation of 21 U.S.C. §§ 841(b)(1)(A) and 846. On June 17, 2020, defendant Joaquin Ortiz was arraigned before the Honorable James L. Cott. On June 23, 2020, defendant Rivera was arraigned before the Honorable Gabriel W. Gorenstein. Defendants Segovia-Landa and Perez-Perez, who are both detained at the Brooklyn MDC, were scheduled to be arraigned on June 24, 2020, but, due to an incident at the MDC, they could not be arraigned that day.

      The Government is seeking to schedule arraignments for Segovia-Landa and Perez-Perez during the week of July 20, 2020. Furthermore, the Government understand that the MDC cannot accommodate court proceedings on Friday, July 10, the scheduled date for the initial pretrial conference.

      Accordingly, the Government seeks an adjournment of the initial pretrial conference until July 27, 2020, or as soon thereafter as the Court is available. The Government further requests an order excluding time under the Speedy Trial Act from July 10, 2020, through July 27, 2020, or the new date for the initial pretrial conference. The ends of justice served by holding the conference on June 27, 2020, and excluding time through then, outweigh the best interests of the public and

the defendant in a speedy trial because it will permit all defendants to participate in the conference. *See* 18 U.S.C. § 3161(h)(7)(A).

> Respectfully submitted,
>
> AUDREY STRAUSS
> Acting United States Attorney for the
> Southern District of New York
>
> by:  __/s/_____
> Kedar S. Bhatia
> Assistant United States Attorney
> (212) 637-2465

> The initial conference is hereby adjourned to August 13, 2020, at 11:00 a.m.  The Court excludes time through August 13, 2020, under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
>   So Ordered.
>   Dated: July 10, 2020

_____
J. PAUL OETKEN
United States District Judge