

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 15, 2020

**BY CM/ECF**
The Hon. J. Paul Oetken
United States District Court for the
  Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Segovia-Landa et al.*, **20 Cr. 287 (JPO)**

Dear Judge Oetken:

The Government writes to respectfully request a schedule for filing and briefing pretrial motions in this matter. Specifically, the Government requests a schedule in which pretrial motions are due December 9, 2020; the Government's response is due January 6, 2021; and replies, if any, are due January 20, 2021. The defendants consent to the proposed schedule. In addition, the Government requests that a conference be scheduled after January 20, 2021, and seeks an exclusion of time under the Speedy Trial Act until that conference.

On February 11, 2020, the defendants were arrested following a series of narcotics transactions. On February 12, 2020, the defendants were charged in a Complaint with one count of conspiracy to distribute heroin, fentanyl, and methamphetamine, in violation of 21 U.S.C. §§ 841(b)(1)(A) and 846. Following presentments held on the same day, defendants Marco Segovia-Landa, Ledif Perez-Perez, and Jose Rivera were ordered detained. Defendant Lisandy Joaquin Ortiz was released subject to bail conditions. On June 3, 2020, the grand jury returned Indictment 20 Cr. 287 charging each defendant with one count of conspiracy to distribute heroin, fentanyl, methamphetamine, and cocaine, in violation of 21 U.S.C. §§ 841(b)(1)(A) and 846. Each of the defendants has been arraigned in the Magistrate Court.

The bulk of the discovery in this matter has been produced. The Government recently obtained consent from the parties for a protective order and, if entered by the court, the Government will soon complete producing discovery.

Accordingly, the Government requests an order setting a schedule in which pretrial motions are due December 9, 2020; the Government's response is due January 6, 2021; and replies, if any, are due January 20, 2021. The defendants consent to the proposed schedule.

The Government further requests that a conference be scheduled after the completion of briefing, and an order excluding time under the Speedy Trial Act from the date of the Court's order until the date of the pretrial conference. The ends of justice served by holding the conference at a

future date outweigh the best interests of the public and the defendant in a speedy trial because it will permit defense counsel and the defendants – some of whom are in custody – additional time to review discovery under challenging circumstances. It will also afford the parties additional time to discuss a resolution to this matter. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

by:    /s/
    Kedar S. Bhatia
    Assistant United States Attorney
    (212) 637-2465

> The motion schedule proposed herein is adopted. The conference previously scheduled for October 6, 2020, is adjourned to January 27, 2021, at 2:00 p.m. The Court hereby excludes time through January 27, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
>   So ordered.
>   October 16, 2020

_____
J. PAUL OETKEN
United States District Judge