

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 15, 2020

**BY CM/ECF**

The Hon. J. Paul Oetken
United States District Court for the
  Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States v. Segovia-Landa et al.*, **20 Cr. 287 (JPO)**

Dear Judge Oetken:

      The Government writes to request a protective order in the above captioned matter. A protective order is necessary to protect certain sensitive material, including identifying information related to third parties. A proposed protective order, consented to and signed by the parties, is enclosed.

                                 Respectfully submitted,

                                 AUDREY STRAUSS
                               Acting United States Attorney for the
                               Southern District of New York

                 by:   /s/
                          Kedar S. Bhatia
                          Assistant United States Attorney
                          (212) 637-2465

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Protective Order** |
| v. | 20 Cr. 287 (**JPO**) |
| Marco Segovia-Landa,<br>Ledif Perez-Perez,<br>Lisandy Joaquin-Ortiz, and<br>Jose Rivera, | |
| *Defendants.* | |

Upon the application of the United States of America, with the consent of the undersigned counsel, and the defendants having requested discovery under Fed. R. Crim. P. 16, the Court hereby finds and orders as follows:

1. The Government has made and will make disclosure to the defendant(s) of documents, objects and information, including electronically stored information ("ESI"), pursuant to Federal Rule of Criminal Procedure 16, 18 U.S.C. §3500, and the Government's general obligation to produce exculpatory and impeachment material in criminal cases, all of which will be referred to herein as "disclosure material." The Government's disclosure material may include material that (i) affects the privacy, confidentiality and of individuals; (ii) would impede, if prematurely disclosed, the Government's ongoing investigation of uncharged individuals; (iii) would risk prejudicial pretrial publicity if publicly disseminated; and (iv) that is not authorized to be disclosed to the public or disclosed beyond that which is necessary for the defense of this criminal case.

**NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

2. Disclosure material shall not be disclosed by the defendant or defense counsel, including any successor counsel ("the defense") other than as set forth herein, and shall be used by the

defense solely for purposes of defending this action. The defense shall not post any disclosure material on any Internet site or network site to which persons other than the parties hereto have access, and shall not disclose any disclosure material to the media or any third party except as set forth below.

    3. Disclosure material may be disclosed by counsel to:

        (a) Personnel for whose conduct counsel is responsible, *i.e.*, personnel employed by or retained by counsel, as needed for purposes of defending this action; and

        (b) Prospective witnesses for purposes of defending this action.

    4. The Government may authorize, in writing, disclosure of disclosure material beyond that otherwise permitted by this Order without further Order of this Court.

    5. This Order does not prevent the disclosure of any disclosure material in any hearing or trial held in this action, or to any judge or magistrate judge, for purposes of this action. However, disclosure material pertinent to any motion before the Court should initially be filed under seal, absent consent of the Government or Order of the Court. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1.

    6. Except for disclosure material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all disclosure material, including the seized ESI disclosure material, within 30 days of the expiration of the period for direct appeal from any verdict in the above-captioned case; the period of direct appeal from any order dismissing any of the charges in the above-captioned case; or the granting of any motion made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later.

7. The defense shall provide a copy of this Order to prospective witnesses and persons retained by counsel to whom the defense has disclosed disclosure material or the Government's ESI production. All such persons shall be subject to the terms of this Order. Defense counsel shall maintain a record of what information has been disclosed to which such persons.

8. This Order places no restriction on a defendant's use or disclosure of ESI that originally belonged to the defendant.

## Retention of Jurisdiction

9. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

by: _____          Date: October 15, 2020
Kedar S. Bhatia
Assistant United States Attorney


_____              Date: _____
David Chidekel, Esq.
Counsel for Marco Segovia-Landa


_____              Date: _____
James M. Roth, Esq.
Counsel for Ledif Perez-Pez


_____              Date: _____
Dawn M. Cardi, Esq.
Counsel for Lisandy Joaquin Ortiz


_____              Date: _____
Benjamin C. Zeman, Esq.
Counsel for Jose Rivera


SO ORDERED:

Dated: New York, New York
       August ___, 2020


                                          _____
                                          THE HONORABLE J. PAUL OETKEN
                                          UNITED STATES DISTRICT JUDGE

4

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

by: _____          Date: _____
Kedar S. Bhatia
Assistant United States Attorney

_____*[signed]*_____          Date:  9/29/2020
David Chidekel, Esq.
Counsel for Marco Segovia-Landa


_____          Date: _____
James M. Roth, Esq.
Counsel for Ledif Perez-Pez


_____          Date: _____
Dawn M. Cardi, Esq.
Counsel for Lisandy Joaquin Ortiz


_____          Date: _____
Benjamin C. Zeman, Esq.
Counsel for Jose Rivera


SO ORDERED:

Dated: New York, New York
       August ___, 2020


                                                 _____
                                                 THE HONORABLE J. PAUL OETKEN
                                                 UNITED STATES DISTRICT JUDGE

4

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

by: _____          Date:  _____
    Kedar S. Bhatia
    Assistant United States Attorney


_____          Date:  _____
    David Chidekel, Esq.
    Counsel for Marco Segovia-Landa

*James Roth*
_____          Date:  September 29, 2020
    James M. Roth, Esq.
    Counsel for Ledif Perez-Pez


_____          Date:  _____
    Dawn M. Cardi, Esq.
    Counsel for Lisandy Joaquin Ortiz


_____          Date:  _____
    Benjamin C. Zeman, Esq.
    Counsel for Jose Rivera

SO ORDERED:

Dated: New York, New York
        August ___, 2020


_____
THE HONORABLE J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

4

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

by: _____     Date: _____
    Kedar S. Bhatia
    Assistant United States Attorney


_____     Date: _____
David Chidekel, Esq.
Counsel for Marco Segovia-Landa


_____     Date: _____
James M. Roth, Esq.
Counsel for Ledif Perez-Pez


_____/s/ Dawn M. Cardi_____     Date: _____
Dawn M. Cardi, Esq.
Counsel for Lisandy Joaquin Ortiz


_____     Date: _____
Benjamin C. Zeman, Esq.
Counsel for Jose Rivera


SO ORDERED:

Dated: New York, New York
    ~~August~~ Sept 30, 2020

                                                                 _____
                                                                  THE HONORABLE J. PAUL OETKEN
                                                                  UNITED STATES DISTRICT JUDGE

4

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

by: _____       Date: _____
    Kedar S. Bhatia
    Assistant United States Attorney


_____       Date: _____
David Chidekel, Esq.
Counsel for Marco Segovia-Landa


_____       Date: _____
James M. Roth, Esq.
Counsel for Ledif Perez-Pez


_____       Date: _____
Dawn M. Cardi, Esq.
Counsel for Lisandy Joaquin Ortiz

_____[signature]_____       Date: 8·18·20
Benjamin C. Zeman, Esq.
Counsel for Jose Rivera

SO ORDERED:

Dated: New York, New York
      Oct. 16, 2020

_____[signature]_____
J. PAUL OETKEN
United States District Judge

4