# DAVID M. CHIDEKEL, Esq.

575 Madison Avenue, 10th Floor
New York, N.Y. 10022-2511
Telephone: (212) 605-0161
Facsimile: (212) 605-0166

January 9, 2021

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: United States v. Marco Segovia-Landa, Case No.: 20-CR- 287 (JPO)**
    **Letter Motion**

Dear Judge Oetken:

    I am requesting that the Court permit Mr. Segovia Landa to join in all discovery requests and motions made by Co-Defendants in this matter.

    Mr. Segovia Landa reserves and intends to exercise, his right to file separation motions on his behalf. I am in transit and will file them shortly.

    Thank you for your consideration of this request. Belated wishes for a Happy and Healthy New Year to all parties, the Court and chambers' staff.

Sincerely Yours,

*[signature]*

David Chidekel

Via ECF – To Registered Participants

---

Defendant Segovia-Landa's request to join in on discovery disputes and motions made by his Co-Defendants is granted. The deadline for the filing of pretrial motions was January 8, 2021; if Defendant wishes to file motions he must do so promptly.
  So ordered.
  Jan. 13, 2021

_____
J. PAUL OETKEN
United States District Judge

Facsimile & Electronic service of Legal Documents will not be accepted pursuant to CPLR §2103(b)(5),(7)

<u>Certificate of Service</u>

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) on January 10, 2021.

/s/ *David M. Chidekel*