UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MARCO SEGOVIA-LANDA, *et al.*,<br>　　　　　　　　　　　Defendants. | 20-CR-287 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

　　The jury trial in this case, previously scheduled for November 8, 2021, is hereby adjourned to November 15, 2021. This case is second in priority behind 19-CR-875 for jury selection on November 15, 2021, meaning that this case will go forward on that date if the trial in 19-CR-875 is adjourned. The other pretrial deadlines remain as previously set.

　　SO ORDERED.

Dated: September 13, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge